Donald L. Olcese, appellee, v. William T. Fritts et al., defendants, on appeal of D. H. Fritts & Company, appellant. Gen. No. 34,363.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed December 16, 1930.
Franklin Raber, for appellant. Charles Hudson, for appellee.
Mr. Justice Barnes delivered the opinion of the court.

Irving E. Pagels, appellant, v. J. H. Cline, appellee. Gen. No. 34,383.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed December 16, 1930.
Haffenberg, Kopald & Burns, for appellant; Harry E. Kopald and Joseph Rosenbaum, of counsel. Cantwell & Cantwell, for appellee; Martin W. Grosse, of counsel.
Mr. Justice Barnes delivered the opinion of the court.

William G. Wurn and Anna J. Wurn, appellees, v. Joseph M. Berkson et al., appellants. Gen. No. 34,398.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed December 16, 1930. Rehearing denied December 30, 1930.
Maxwell N. Andalman, for appellants. Harry A. Biossat, for appellees.
Mr. Justice Barnes delivered the opinion of the court.

Minna Schwab and Austin L. Wyman, executors of the last will and testament of Jacob Schwab, deceased, and Austin L. Wyman, individually, appellants, v. Erick Axland and Julia Axland, appellees. Gen. No. 34,418.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed December 16, 1930.
Harold Engstrom, for appellants. Lionel G. Thorsness, for appellees.
Mr. Justice Barnes delivered the opinion of the court.

Joseph Skat, appellant, v. Milwaukee Mechanics' Insurance Company, appellee. Gen. No. 34,426.

Heard in the second division of this court for the first district at the June term, 1930. Opinion filed December 16, 1930. Rehearing denied December 30, 1930.
Livingston & Kaufman, for appellant. Silber, Isaacs, Silber & Woley, for appellee; Samuel Levin and Herbert W. Hirsh, of counsel.
Mr. Justice Barnes delivered the opinion of the court.